FRANCESCO RAMMAURO, Respondent, *v.* ILLINOIS SURETY COMPANY, Appellant.

GUIDO CONSENTINO, Respondent, *v.* ILLINOIS SURETY COMPANY, Appellant.

Reported below, 152 App. Div. 933, 934.
(Argued January 6, 1913; decided January 14, 1913.)

MOTIONS to dismiss the appeal in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a surety bond.

The motions were made upon the ground that the cases were not appealable to the Court of Appeals.

*Achille J. Oishei* for motion.

*Nelson L. Keach* opposed.

Motions denied in each case, with ten dollars costs in one case. The provisions of section 191 of the Code of Civil Procedure apply only to bonds or undertakings on appeal.